FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

2019 SEP 16  PM 2: 32

U.S. DISTRICT COURT CLERK
NORTHERN DISTRICT
OF INDIANA

TONJIA WINGO,                          )
                                       )
        Plaintiff,                     )
                                       )  CASE NO. 3:19-cv-00351-JD-MGG
        V.                             )
                                       )
                                       )
RITE OF PASSAGE DePaul,                )
ACADEEMY                               )
        Defendant.                     )

## PRE-DISCOVERY DISCLOSURE

Comes now the Plaintiff proceeding as a Pro Se' Litigant… as a necessity

in the above styled numbered case, set forth the pre-discovery plan of

execution…Appendix A sets forth a factual basis of the claims advanced

in the Complaint…Appendix B sets forth the legal theory upon the

claims in the Complaint…Appendix C identifies those individuals

believed to have discoverable information about the claims…Appendix D

describes documents that are reasonably likely to bear on the claims.

                            Respectfully Submitted,
                            Tonjia C. Wingo Sr.
                            24581 Nash Ave.
                            South Bend, IN 46619
                            Tonjia C. Wingo Sr

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon Vincent P. Antaki #22260-15 Remingger CO. L.P.A. College Park Plaza 8909 Purdue Road, Ste. 200 Indianapolis, IN 46268 by depositing the same in the United States mail, certified mail this 16th day of September 2019.

Tonjia C. Wingo Sr.