UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FILED
2019 OCT 17 AM 9: 13
U.S. DISTRICT COURT CLERK
NORTHERN DISTRICT
OF INDIANA

| | |
|---|---|
| TONJIA WINGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 3:19-CV-00351-JD-MGG |
| V. | ) |
| | ) |
| | ) |
| RITE OF PASSAGE DePaul, | ) |
| ACADEEMY | ) |
| Defendant. | ) |

## PLAINTIFF'S RESPONESE TO REQUEST FOR ADMISSIONS

**Request for Admission No. 1.:** No, it was not a requirement.

**Request for Admission No. 2.:** I am unaware of such a reprimand.

**Request for Admission No. 3.:** No, no facts to question.

**Request for Admission No. 4.:** I am unaware as to the date as such.

**Request for Admission No. 5.:** I am unaware to the date and time stated.

**Request for Admission No. 6.:** I am unaware to the date and time stated.

**Request for Admission No. 7.:** I am unaware to the statement presented.

**Request for Admission No. 8.:** I am unaware to the statement presented.

**Request for Admission No. 9.:** I am not a Honorable Judge.

The undersigned submits under the penalties for perjury that the foregoing Responses for Admissions are true and correct to the best of my knowledge, Information and belief.

Respectfully Submitted,
Tonjia C. Wingo Sr.
24581 Nash Ave.
South Bend, IN 46619

*Tonjia C. Wingo Sr.*
Tonjia C. Wingo Sr.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon Vincent P. Antaki #22260-15 Remingger CO. L.P.A. College Park Plaza 8909 Purdue Road, Ste. 200 Indianapolis, IN 46268 by depositing the same in the United States mail, certified mail this 17th day of October 2019.

*Tonjia C. Wingo Sr.*
Tonjia C. Wingo Sr.