UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TONJIA WINGO, Sr.<br><br>      Plaintiff,<br><br>-v-<br><br>RITE OF PASSAGE DEPAUL ACADEMY, et al.<br><br>      Defendants. | CASE No. 3:19-cv-00351-JD-MGG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by respective counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this lawsuit with prejudice. Each party shall bear his/its own costs and attorney fees.

/s/ Tonjia C. Wingo, Sr. per email authorization
Tonjia C. Wingo, Sr.
24581 Nash Avenue
South Bend, IN 46619
*Pro Se Plaintiff*

Attorney for Defendants

/s/ Vincent P. Antaki
Vincent P. Antaki
REMINGER CO., LPA
College Park Plaza
8909 Purdue Rd., Suite 200
Indianapolis, IN 46268